UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROADNAX,

           Petitioner,

v.

STATE OF CALIFORNIA,

           Respondent.

Case No. 24-cv-01465-JD

**ORDER RE DISMISSAL**

Petitioner, a state prisoner acting pro se, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee or filed a complete application to proceed IFP. The case is dismissed without prejudice. A certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: April 29, 2024

_____
JAMES DONATO
United States District Judge